AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   **1:24-CV-02901-SBP**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Devon Kerns**
was recieved by me on   **10/22/2024:**

[X]   I personally served the summons on the individual at **1101 E Bayaud Ave, Apt E3003, Denver, CO 80209** on **11/14/2024 at 3:20 PM**; or

[ ]   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

[ ]   I returned the summons unexecuted because ; or

[ ]   Other *(specify)*

I declare under penalty of perjury that this information is true.

Date:   11/14/2024

*Server's signature*

**Jalen Vasquez**
*Printed name and title*

**1312 17th Street #2370**
**Denver, CO 80202**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; COMPLAINT AND JURY DEMAND; CIVIL COVER SHEET; CONSENT/NON-CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE IN DIRECT ASSIGNMENT CASES; ELECTION CONCERNING CONSENT/NON-CONSENT TO UNITED STATES MAGISTRATE JUDGE JURISDICTION,  to Devon Kerns with identity confirmed by subject reaching for docs when named. The individual tried to refuse service by dropping documents and i have pictures from abc confirming this is him. i showed him the pictures and he dropped the documents, SUMMONS IN A CIVIL ACTION; COMPLAINT AND JURY DEMAND; CIVIL COVER SHEET; CONSENT/NON-CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE IN DIRECT ASSIGNMENT CASES; ELECTION CONCERNING CONSENT/NON-CONSENT TO UNITED STATES MAGISTRATE JUDGE JURISDICTION,  and closed the door after claiming thats not him**



Tracking #: **0148988634**



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 3)

Civil Action No.   **1:24-CV-02901-SBP**

**(documents left, seen by subject). The individual appeared to be a gray-haired white male contact 45-55 years of age, 5'8"-5'10" tall and weighing 160-180 lbs.**




Tracking #: **0148988634**