| ☐ County Court   ☒ District Court | FILED |
|---|---|
| Denver County, Colorado | U.S. DISTRICT COURT |
| Court Address: | DISTRICT OF COLORADO |
| 901 19th Street Denver, CO 80294 | 25 MAR 26 PM 12: 55 |
| **Plaintiff(s)/Petitioner(s)** Julie Smith | |
| v. | |
| **Defendant(s)/Respondent(s)** Devon Kerns | ▲ **COURT USE ONLY** ▲ |
| Attorney or Party Without Attorney (Name and Address): Devon Kerns 1101 E. Bayaud Ave. E1809 Denver, CO 80209 | Case Number: 1:24-cv-02901-SBP |
| Phone Number: 720-224-5616   E-mail: devonkkerns@gmail.com FAX Number:   Atty. Reg. #: | Division 10   Courtroom A502 |

## MOTION AND ORDER TO SET ASIDE DEFAULT JUDGMENT

I, Devon Kerns, am the ☐Plaintiff/Petitioner ☒Defendant/Respondent in above captioned case.

The Judgment was entered against me on (date) 3/25/2025.

I did not ☒file a written response OR appear in Court on the ☐date of the trial or the ☒date of the entry of judgment because:

Lack of Proper Service. - I was not personally served with the Summons and Complaint in this case and was unaware of the requirement to respond, when I have no ownershi[p] believed that the Answer filed by my girlfriend, Ms. Monica Manley, was all that was needed. Due to financial limitations, I was unable to secure legal representation to [cl]arify procedural requirements. I have valid defenses against the Plaintiff's claims, which I am prepared to present upon the Court's approval to set aside the default [ju]dgment.

I believe I can provide the following facts to prove my case or to establish my defense:

[On] March 24th, I received confirmation from Monica that she had filed a response, which led me to believe that no further action was required, as I am not an owner of the LLC and I was not personally [ser]ved. Upon learning of the default judgment on 3/25, I promptly prepared this motion and my certificate of response. Lastly, prior to the initiation of this lawsuit, the plaintiff's attorney was informed that I [am] not an owner of BloomTV and have no ownership interest or control over the company. Despite this knowledge, I was improperly named as a defendant in this case.

☒ By checking this box, I am acknowledging I am filling in the blanks and not changing anything else on the form.
☐ By checking this box, I am acknowledging that I have made a change to the original content of this form.

## VERIFICATION

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Executed on the __25__ day of __March__, __2025__, at __Denver, CO__
         (date)      (month)      (year)      (city or other location, and state OR country)

__Devon Kerns__                                     [signature]
(Printed name of ☐Plaintiff/Petitioner ☒Defendant/Respondent)   Signature of ☐Plaintiff/Petitioner ☒Defendant/Respondent

## CERTIFICATE OF SERVICE

I certify that on __03/26/2025__ (date) a true and accurate copy of this MOTION AND ORDER TO SET ASIDE DEFAULT JUDGMENT was served on the other party by:

☒Hand Delivery ☒E-filed ☐Faxed to this number _____ or ☐by placing it in the United States mail, postage pre-paid, and addressed to the following:

Jeremy T. Jonsen ESQ.
Allen Vellone Wolf Helfrich & Factor PC
1600 Stout St. Suite 1900
Denver, CO 80202

Signature [signature]

JDF 78   R8-17   MOTION AND ORDER TO SET ASIDE DEFAULT JUDGMENT       Page 1 of 2

**FOR COURT USE ONLY BELOW THIS LINE:**

# ORDER

The Court upon review of the Motion to Set Aside Default Judgment, Orders the following:

1. ☐ Motion DENIED.
2. ☐ Motion GRANTED.
3. ☐ The Motion is to be set for a hearing on _____ (date).

_____

_____

_____

_____

Dated: _____

☐ Judge   ☐ Magistrate

## CERTIFICATE OF SERVICE

I certify that on _____ (date), I delivered a copy of this Order to the following:

☐ Plaintiff(s)/Petitioner(s) and/or ☐ Plaintiff's/Petitioner's Attorney: ☐ Hand-Delivered, ☐ E-filed, or ☐ Mailed to:

_____

_____

☐ Defendant(s)/Respondent(s) and/or ☐ Defendant's/Respondent's Attorney: ☐ Hand-Delivered, ☐ E-filed, or ☐ Mailed to:

_____

_____

☐ Other _____: ☐ Hand-Delivered, ☐ E-filed, or ☐ Mailed to:

_____

_____

Clerk Signature: _____