IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Susan Prose**

| Civil Action No: 1:24-cv-02901-SBP | Date: April 28, 2025 |
|---|---|
| Courtroom Deputy:    Stef Jeffries | FTR: Courtroom A502 |

| *Parties:* | *Counsel:* |
|---|---|
| JULIE SMITH, | Jeremy Jonsen |
| Plaintiff, | |
| v. | |
| BLOOM TV LLC, | No appearance |
| MONICA MANLEY, and | Pro se |
| DEVON KERNS, | Pro se |
| Defendants. | |

## COURTROOM MINUTES

**TELEPHONIC STATUS CONFERENCE**

**1:36 p.m.        Court in session.**

The Court calls the case. Appearances of counsel and pro se Defendants Manley and Kerns. Defendant Bloom TV, LLC does not appear.

This matter is before the Court regarding the status of the case.

Discussion is held regarding Defendants' need to secure counsel for the business entity and the status of default judgment. A Clerk's entry of default was entered as to BloomTV LLC and Devon Kerns on March 4, 2025 [ECF No. 18]. This court provided guidance as to the defaulted defendants on March 25, 2025 *See ECF No. 22*. There is no pending motion for default judgment at this time.

Ms. Manley and Mr. Kerns provide contact information for the court to enter in the case record to ensure notice of court filings reaches pro se parties:

Monica Manley
1101 E Bayaud Ave
Unit #E-1809
Denver, CO  80209
256-394-0785

Devon Kerns
1101 E Bayaud Ave
Unit #E-1809
Denver, CO  80209
720-224-5616

The Motions filed at ECF Nos. 24, 25, 27, 28, and 29 will not be reviewed by this court
until/unless they are referred by the assigned District Judge.

For the reasons stated on the record, it is

**ORDERED:**  The Clerk's Office is directed to reassign this case to a United States District
Judge.

In light of the Clerk's Entry of Default [ECF 18] entered on March 4, 2025,
Plaintiff may seek entry of default judgment by re-filing a Motion for Default
Judgment.

The Clerk's Office is directed to update contact information for the individual
(pro se) Defendants.

**2:04 p.m.**      **Court in recess.**

Hearing concluded.
Total in-court time: 28 minutes

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB
Litigation Services at (303) 629-8534.